IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHERMAN FITZGERALD TATE, AIS 288095, | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) ) CA 14-0564-CG-C |
| PHYLLIS BILLUPS, | ) ) ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated April 9, 2015 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 27th day of May, 2015.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE